# United States District Court
## Violation Notice

| Field | Value |
|---|---|
| CVB Location Code | M7 |
| Violation Number | FATH004D |
| Officer Name | Fedele |
| Officer No. | 1891 |

FATH004D

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Field | Value |
|---|---|
| Date and Time of Offense (mm/dd/yyyy) | 08/04/2022 00:00 |
| Offense Charged | FED 36 CFR 261.58A |
| Place of Offense | RIMINI & MINNEHAHA RD INTRSCTN |

Offense Description: Factual Basis for Charge
HAZMAT ☐

36 CFR 261.58(A) - CAMPING FOR A PERIOD LONGER THAN ALLOWED - CAMPING LONGER THAN THE ALLOWED 16 DAYS ON THE NATIONAL FOREST AS PER REGIONAL OCCUPANCY AND USE ORDER

### DEFENDANT INFORMATION

Phone:

| Last Name | First Name | M.I. |
|---|---|---|
| SULLIVAN | TRISHA | |

Street Address

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| | | | |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|

Adult ☐  Juvenile ☐  Sex ☐ M ☐ F  Race  Hair  Eyes  Height  Weight

### VEHICLE
VIN:   CMV ☐

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 4-78048A | MT | 2010 | OTTK/ | ☐ | WHI |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

B [X] IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

| | Amount | |
|---|---|---|
| | $ 75.00 | Forfeiture Amount |
| | $ 30.00 | Processing Fee |
| PAY THIS AMOUNT | $ 105.00 | Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Previous edition is obsolete    Original - CVB Copy    FS-5300-4 (7/05)

FATH004D

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on  08/04/2022  while exercising my duties as a law enforcement officer in the _____ District of  MT

Pursuant to 16USC 551: I, United States Forest Service (USFS) Law Enforcement Officer (LEO), Anthony FEDELE, state that on August 4, 2022 at approximately 1305 hours, I was exercising my duties as an LEO on Helena-Lewis and Clark National Forest (HLCNF), in Lewis and Clark County. I was contacted a Helena City Water employee who informed me there had been a white pop-up camper, later identified by its license plate as a 2010, Coachman Clipper tent trailer camper, parked on a spur road near the intersection of Minnehaha and Rimini road, on the HLCNF, for over a month. I located the camper, nobody was present, and posted it as being in violation of the Regional Occupancy and Use Forest Order # R1-2022-01, which allows individual to camp for only 16 days on the HLCNF. I also observed a brownish plastic see-through sack full of potatoes and a box of Graham Crackers, with Graham crackers inside, laying on the ground under the camper. The food items had flies and other bugs flying around them and were not stored in an approved bear proof container as is required by the Regional Food Storage Order. In the following days, I returned several times trying to contact someone at the camper without success.

On 8/12/2022, at approximately 1313 hours, I received an email from the Helena National Forest Supervisor's Office front desk attendant, notifying me that Trisha SULLIVAN called in asking if the Forest Service had impounded her Coachman Clipper pop-up camper located as described above. She told the front desk attendant the camper had been parked there since about the end of June. At approximately 1500 hours the same day, I called SULLIVAN back, and upon further questioning she told me the camper had been up in that area since the end of June. I informed SULLIVAN of the 16 day camping limit, and I also told her about the food items that were improperly stored. SULLIVAN apologized for the violations and said she understood about the food storage issue when I explained it to her.

Consequently, I issued SULLIVAN two citations, one for violation of 36 CFR 261.58(a) - camping for a period longer than allowed by order, and the one for violation of 36 CFR 261.58(cc) Possessing or storing any food as specified in the order, i.e. food not stored in an approved bear proof storage container.

The foregoing statement is based upon:

MY PERSONAL INVESTIGATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 08/04/2022
Date (mm/dd/yyyy)    Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;   PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;   CMV = Commercial vehicle involved in incident